ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

2005 NOV 21   PM 2: 46

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CLERK _____
SO. DIST. OF GA.

GARY COOKE,                          )
                                     )
          Petitioner,                )
                                     )
     v.                              )          CV 105-067
                                     )
UNITED STATES OF AMERICA,            )
                                     )
          Respondent.                )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the Government's motions to dismiss (doc. nos. 3, 4) are **GRANTED**,

the case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 21 day of November, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE